UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIALLO SAIDOU, A-245-043-309, | No.  1:26-cv-04696-DC-CKD P |
| Petitioner, | |
| v. | ORDER |
| WARDEN, MESA VERDE DETENTION FACILITY, | |
| Respondent. | |

Petitioner is detained by Immigrations and Customs Enforcement and proceeds without counsel. Petitioner has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner also filed a motion to proceed in forma pauperis and a motion for appointment of counsel. The application to proceed in forma pauperis makes the required showing and is granted. See 28 U.S.C. § 1915(a). There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

Pursuant to 28 U.S.C. § 2243, respondent shall file a response to the petition.

////

1

In accordance with the above, IT IS ORDERED as follows:

1.  Petitioner's motion to proceed in forma pauperis (ECF No. 2) is GRANTED.

2.  Petitioner's motion to appoint counsel (ECF No. 3) is DENIED without prejudice.

3.  Respondents shall file a response to the petition within 14 days and shall include with the response any and all transcripts or other documents relevant to the determination of the issues presented in the habeas application.

4.  Petitioner's optional reply, if any, is due on or before 14 days from the date of service of respondent's response.

Dated:  June 24, 2026

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 said4696.res

2