**UNITED STATES DISTRICT COURT**

**IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Saidou DIALLO,<br>(DHS A245043302),<br><br>Petitioner,<br><br>v.<br><br>WARDEN, Golden State Annex<br>Detention Facility; et al.,<br><br>Respondents. | 1:26-cv-04696-DC-CKD<br><br>**~~[PROPOSED]~~ ORDER GRANTING PETITIONER'S MOTION FOR LEAVE TO FILE FIRST AMENDED PETITION FOR WRIT OF HABEAS CORPUS AND REQUIRING RESPONSE** |

Petitioner has moved for leave to file a First Amended Petition for Writ of Habeas Corpus pursuant to Federal Rule of Civil Procedure 15.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's Motion for Leave to File First Amended Petition for Writ of Habeas Corpus is GRANTED.
2. The proposed First Amended Petition for Writ of Habeas Corpus is deemed filed.
3. Respondents shall file a response to the First Amended Petition within fourteen (14) days from the date of service of this Order.
4. Petitioner may file a reply within seven (7) days after service of Respondents' response.

IT IS SO ORDERED.

Dated: August 10, 2026

Carolyn K. Delaney

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE