**UNITED STATES DISTRICT COURT**

**IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

Saidou DIALLO,
(DHS A245043302),

Petitioner,

v.

WARDEN, Golden State Annex
Detention Facility; et al.,

Respondents.

1:26-cv-04696-DC-CKD

**~~[PROPOSED]~~ ORDER GRANTING PETITIONER'S MOTION FOR LEAVE TO FILE COUNSELED REPLY OUT OF TIME AND REGARDING ECF NO. 18**

Petitioner, through appointed counsel, moved for leave to file a counseled Reply in Support of the First Amended Petition for Writ of Habeas Corpus after expiration of the reply deadline and requested clarification concerning Petitioner's pro se filing at ECF No. 18.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's Motion for Leave to File Counseled Reply Out of Time is GRANTED.
2. Petitioner's counseled Reply in Support of the First Amended Petition for Writ of Habeas Corpus is deemed timely filed.
3. Because Petitioner is represented by appointed counsel, petitioner's pro se filing at ECF No. 18 shall not be treated as a separate motion or as legal briefing but shall remain part of the record.
4. No further briefing is required unless ordered by the Court.

IT IS SO ORDERED.

Dated: September 14, 2026

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 dial4696.36repl