UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAIDOU DIALLO, A-245-043-302,<br>Petitioner,<br>v.<br>WARDEN, GOLDEN STATE ANNEXDETENTION FACILITY, et al.,<br>Respondents. | No. 1:26-cv-04696-DC-CKD (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF No. 23) |

Petitioner filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 2, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days. ECF No. 23. Respondents filed objections to the findings and recommendations. ECF No. 24. In those objections, Respondents state that they object "[f]or the reasons set forth in Respondents' previous briefing." Id. However, Respondents' arguments have already been properly addressed by the findings and recommendations. Thus, Respondents have not provided a basis upon which to reject the findings and recommendations.

The court presumes that any findings of fact are correct. See Orand v. United States, 602

F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS ORDERED that:

1. The findings and recommendations (ECF No. 23) are ADOPTED;
2. Petitioner's application for a writ of habeas corpus under 28 U.S.C. § 2241 is GRANTED;
3. Respondents are ordered to IMMEDIATELY RELEASE petitioner under appropriate conditions of supervision;
4. The Clerk of the Court is directed to serve a copy of this order on the Golden State Annex Detention Facility; and
5. The Clerk of the Court shall enter judgment for Petitioner and close this case.

IT IS SO ORDERED.

Dated: **November 13, 2026**

Dena Coggins
United States District Judge